STATE OF CONNECTICUT *v.* NORMAN E. WHITNEY

The defendant's petition for certification for appeal from the Appellate Court is denied.

*Norman E. Whitney,* pro se, in support of the petition.

*Carl Schuman,* assistant state's attorney, in opposition.

Decided April 24, 1985

DONNA DURSO *v.* WAYNE MISIOREK

The state's petition for certification for appeal from the Appellate Court, 3 Conn. App. 212, is granted.

*Douglas B. Sherman,* assistant attorney general, and *Joseph I. Lieberman,* attorney general, in support of the petition.

*Mary E. Holzworth,* in opposition.

Decided May 3, 1985

MARGARET SPRAGUE *v.* COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES ET AL.

The petition of the defendant Bunting and Lyons, Inc., for certification for appeal from the Appellate Court, 3 Conn. App. 484, is denied.

*Walter A. DeAndrade,* in support of the petition.

*Jonathan L. Gould,* in opposition.

Decided May 3, 1985